Dismissed and Memorandum Opinion filed January 31, 2008








Dismissed
and Memorandum Opinion filed January 31, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-01-00205-CV

____________

 

DON McCAFFETY, Appellant

 

V.

 

KAREN TOUPARD, Appellee

 



 

On Appeal from the
281st District Court

Harris County,
Texas

Trial Court Cause
No. 99-40183

 



 

M E M O R
A N D U M  O P I N I O N








This is
an appeal from a judgment signed November 17, 2000.  Appellant filed his notice
of appeal February 14, 2001.  The appeal was stayed due to appellant=s bankruptcy in August 2001, and it
was reinstated in February 2005.  Appellant=s brief was originally due June 21,
2001.  Appellant has been granted five extensions of time to file his brief,
far in excess of the court=s customary practice, based upon compelling circumstances
urged in his motions.  The appeal was again stayed for a new bankruptcy filing
in October 2005.  The appeal was again reinstated October 11, 2007, and
appellant was ordered to file his brief by November 9, 2007.  No brief was
filed. 

On
November 15, 2007, this court issued an order stating that unless appellant
filed his brief on or before December 14, 2007, the court would dismiss the
appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).  The order stated that no further extensions of time
would be granted.  No brief was filed in response to our order.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed January
31, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Boyce.